UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                     CASE NO. 10-10605
ANTHONY DELEAR JONES                       CHAPTER 13
ADRIENNE LYNETTE JOHNSON JONES
        Debtors

## WRITTEN FINDINGS REGARDING ORDER FOR ARREST WARRANT

Considering that the court called this case on August 24, 2010, as a part of its docket for 8:30 a.m.; and

Considering that Hugh E. McNeely did not appear as commanded by the Court's August 13, 2010 order directing Hugh E. McNeely to show cause why he did not appear and tender sanctions as directed by the Court, turnover funds as directed by the Court or appear at the hearing on August 24, 2010; and

Considering that the order was served by First Class Mail on August 18, 2010, as evidenced by the Certificate of Notice; and

Considering that the court considers the arrest of Hugh E. McNeely to be necessary to insure his appearance before this Court to answer the August 13, 2010 Order Imposing Sanctions that was scheduled for hearing on August 24, 2010 at 8:30 a.m. (a copy of which will be attached to the warrant as Exhibit A); therefore,

It is necessary to order the arrest of Hugh E. McNeely, and a warrant pursuant to this order.

These written Findings are supplemental to reasons orally rendered for the issuance of the order for arrest and arrest warrant on August 24, 2010.

New Orleans, La., September 15, 2010.

                                                                                    Judge Elizabeth Magner